CLUTE, Respondent, v. DICKINS, Appellant. (Supreme Court, Appellate Division, Third Department. September 23, 1914.) Action by Charles A. Clute against Frances A. Dickins. No opinion. Order affirmed, with $10 costs and disbursements.

In re COHEN. (Supreme Court, Appellate Division, First Department. October 30, 1914.) In the matter of J. Quintus Cohen. No opinion. Referred to official referee. Settle order on notice.

COHEN, Appellant, v. COHEN, Respondent. (Supreme Court, Appellate Division, First Department. October 30, 1914.) Action by Louis Cohen against Rebecca Cohen. H. Greenberg, of New York City, for appellant. J. Palmieri, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 148 N. Y. Supp. 1110.

COLORADO & S. RY. CO. v. BLAIR et al. (Supreme Court, Appellate Division, First Department. October 16, 1914.) Action by the Colorado & Southern Railway Company against De Witt C. Blair and others. No opinion. Motion granted; question certified; order filed. See, also, 163 App. Div. 698, 148 N. Y. Supp. 671.

In re COMMISSIONERS OF PALISADES INTERSTATE PARK (two cases). (Supreme Court, Appellate Division, Second Department. October 16, 1914.) In the matter of the application of the Commissioners of the Palisades Interstate Park for the condemnation of certain lands situated in the County of Rockland, State of New York. Appeals Nos. 1 and 2. No opinion. Orders affirmed, with $10 costs and disbursements. See, also, 83 Misc. Rep. 186, 144 N. Y. Supp. 782.

In re COMMISSIONERS OF PALISADES INTERSTATE PARK (two cases). (Supreme Court, Appellate Division, Second Department. November 6, 1914.) In the matter of the application of the Commissioners of the Palisades Interstate Park, for condemnation of certain lands, etc. Appeals Nos. 1 and 2. No opinion. Motions to resettle orders in accordance with stipulations signed by the parties granted.

CONDON, Respondent, v. H. C. STOWE CONST. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 16, 1914.) Action by James Condon, an infant, etc., by Margaret Condon, his guardian ad litem, against the H. C. Stowe Construction Company. No opinion. Judgment and order unanimously affirmed, with costs. See, also, 148 N. Y. Supp. 1110.

CONROY, Respondent, v. STANDARD MAIL ORDER CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 30, 1914.) Action by Fred L. Conroy against the Standard Mail Order Company. No opinion. Order affirmed, with $10 costs and disbursements.

COOPER v. NOROVE. (Supreme Court, Appellate Division, First Department. November 13, 1914.) Action by Edwin Q. Cooper against Isaac Norove. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed.

COPELAND, Respondent, v. DUNN, Appellant. (Supreme Court, Appellate Division, Third Department. September 23, 1914.) Action by Eliza Copeland, as administratrix, etc., of Cynthia J. Dunn, deceased, against Arthur T. Dunn, as sole administrator, etc., of Sarah J. Newton, deceased. No opinion. Motion denied. See, also, 148 N. Y. Supp. 418.

COX, Respondent, v. NASSAU ELECTRIC R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 30, 1914.) Action by James Cox against the Nassau Electric Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

COX, Respondent, v. SCHWAB, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 14, 1914.) Action by Kate M. Cox against Anton L. Schwab, personally and as surviving partner, etc.
PER CURIAM. Judgment and order affirmed, with costs.
FOOTE, J., dissents.

CRAMER et al., Respondents, v. GRAND RAPIDS SHOWCASE CO., Appellant. (Supreme Court, Appellate Division, Third Department. November 11, 1914.) Action by Caroline V. Cramer and another against the Grand Rapids Showcase Company.
PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event, on the ground that the damages are excessive, unless the plaintiffs will stipulate to reduce the damages to $1,500, in which case the judgment is so modified, and, as modified, judgment and order affirmed, without costs.
HOWARD and WOOWARD, JJ., vote for reversal.

CROMWELL, Respondent, v. LONG ISLAND R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October